

# Fourth Court of Appeals
## San Antonio, Texas

October 5, 2018

No. 04-18-00473-CV

**IN THE INTEREST OF B.W.C., A CHILD**,

From the County Court, Jim Wells County, Texas
Trial Court No. 11-06-50160-CV
Honorable David A. Sanchez, Judge Presiding

# O R D E R

The appellant's motion to retain case on court's docket and extend time to file brief is hereby GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court